O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RAYMOND ROBLES,** ) <br> ) <br>    Petitioner, ) <br> ) <br>    v. ) <br> ) <br> **FRANK X. CHAVEZ, WARDEN,** ) <br> ) <br>    Respondent. ) <br> _____ ) | Case No. CV 13-4429 CAS (AJW) <br><br> ORDER ACCEPTING REPORT AND <br> RECOMMENDATION OF <br> MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de_ _novo_ determination of the portions to which objections were directed.

DATED: April 29, 2014

*[signature: Christina A. Snyder]*

_____
Christina A. Snyder
United States District Judge