JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND ROBLES, | Case No. CV 13-4429-CAS(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| FRANK X. CHAVEZ, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: April 29, 2014

*Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge